# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY J. CAMPA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>L.D. ZAMORA, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO.　1:12-cv-01897-MJS (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR SERVICE<br><br>(ECF No. 3) |

　　　Plaintiff Anthony J. Campa ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff's November 19, 2012, Complaint (ECF No. 1) is awaiting screening by the Court.

　　　On November 19, 2012, Plaintiff filed a motion requesting that the Court order service on Defendants. (ECF No. 3.) Plaintiff's complaint is not yet ready for service. The motion is denied.

　　　The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or employee of a governmental entity. 28 U.S.C. § 1915(A)(a). The Court must dismiss a complaint or portion thereof if the prisoner has

raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b)(1),(2). The Court screens complaints in the order in which they are filed. However, there are hundreds of prisoner civil rights cases presently pending before the Court. Delays are inevitable despite the Court's best efforts. Only after the Court screens Plaintiff's Complaint and finds that it states a cognizable claim will the Court order service on Defendants.

Accordingly, Plaintiff's motion for service is DENIED.

IT IS SO ORDERED.

Dated:   December 27, 2012          /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE